# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDISON CABALUNA, | CASE NO. 11cv1190-MMA (WMc) |
| Plaintiff, | |
| vs. | **ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS** |
| WAL-MART STORES, INC., | [Doc. No. 5] |
| Defendant. | |

On March 24, 2011, Plaintiff Edison Cabaluna commenced an action in the Superior Court of the State of California, County of San Diego, alleging Defendant Wal-Mart Stores, Inc. discriminated against him on the basis of his national origin and disability. *See* Doc. No. 1. On May 31, 2011, Defendant removed the action to this Court and thereafter filed a motion to dismiss Plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6). *See* Doc. Nos. 1-5. On June 22, 2011, Plaintiff timely filed a First Amended Complaint.[1] *See* Doc. No. 6.

The complaint which Defendant moves to dismiss is no longer the operative pleading in this action. An amended complaint supercedes the original complaint. *Forsyth v. Humana, Inc*., 114

---

[1] Under Rule 15(a), "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." Defendant did not file an answer, and instead filed a motion to dismiss. A motion to dismiss is not a "responsive pleading" within the meaning of Rule 15, accordingly Plaintiff did not need leave of court to amend his complaint once as a matter of right within 21 days of being served with the motion to dismiss. *See Tahoe-Sierra Preservation Council, Inc. v. Tahoe Regional Planning Agency*, 216 F.3d 764, 788 (9th Cir. 2000); Fed. R. Civ. P. 15(a)(1)(B).

1 F.3d 1467, 1474 (9th Cir. 1997); *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). Once a plaintiff files an amended complaint, the original pleading no longer serves any function in the case. Because Defendant's pending motion seeks dismissal of a complaint that is no longer the operative pleading in this case, the motion has become moot.

Accordingly, the Court **DENIES AS MOOT** Defendant Wal-Mart Stores, Inc.'s motion to dismiss.

**IT IS SO ORDERED**.

DATED: June 24, 2011

Hon. Michael M. Anello
United States District Judge